■ In the Matter of JAMES S., a Person Alleged to be a Juvenile Delinquent, Appellant. CHAUTAUQUA COUNTY ATTORNEY, Respondent. [680 NYS2d 884] —Order unanimously affirmed without costs. Memorandum: Family Court's determination that respondent committed acts that, if committed by an adult, would constitute the crimes of petit larceny (Penal Law § 155.25) and burglary in the second degree (Penal Law § 140.25 [2]) is supported by the record (*see, Matter of George L.,* 173 AD2d 470). "The conflicting testimony of the witnesses presented an issue of credibility for Family Court to resolve" (*Matter of Elrheihem T.,* 185 AD2d 626), and "[t]he court, as the trier of fact, was entitled to resolve questions of credibility against respondent" (*Matter of Edward V.,* 204 AD2d 1060). (Appeal from Order of Chautauqua County Family Court, Hartley, J.—Juvenile Delinquency.) Present—Denman, P. J., Hayes, Wisner, Callahan and Boehm, JJ.